**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **DEBORAH JARMON** | § § § | |
| **v.** | § § | **NO. 1:11-CV-256** |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | § § § | |

### REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case was referred to the Honorable Earl S. Hines, United States Magistrate Judge, pursuant to Referral Order entered on May 23, 2011. On August 9, 2011, this case was reassigned to United States Magistrate Judge Zack Hawthorn.

On August 25, 2011, the parties filed their "Notice of Settlement" (Docket No. 4). The undersigned has ordered that the parties submit closing papers within thirty (30) days.

### RECOMMENDATIONS

(1) The court should enter judgment pursuant to the parties' agreed settlement upon receipt of closing papers from the parties.

(2) The purposes of the reference to the magistrate judge having been served, the order of reference to the magistrate judge should be vacated.

### OBJECTIONS

Title 28 U.S.C. § 636 normally gives parties fourteen (14) days to object to recommendations submitted by magistrate judges. However, as the parties have settled, and this report recommends entry of judgment pursuant to settlement, the court may act on the report and recommendation immediately.

SIGNED this 30th day of August, 2011.

_____
Zack Hawthorn
United States Magistrate Judge